#### Joan B. SYLVIA

v.

#### Richard J. SYLVIA.

#### No. 79-388-A.

Supreme Court of Rhode Island.

Jan. 4, 1980.

James P. Flynn, North Kingstown, for petitioner.

Jerry L. McIntyre, Providence, for respondent.

Samuel A. Olevson, Providence, for defendant.

### ORDER
The respondent's motion to dismiss this appeal is denied.

DORIS, J., did not participate.